# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY; HERITAGE FORD; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:23-cv-02034-WBS-CSK<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff DAVID JOHNSTON ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on May 6, 2025.

Accordingly, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $210,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: May 12, 2025

　　　　　　　　　　　　　　　／s／ William B. Shubb
　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE