# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY; HERITAGE FORD; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-02034-WBS-CSK<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES** |

On September 8, 2025, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is Granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from September 11, 2025 to September 25, 2025; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: September 12, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE