# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSTON,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FORD MOTOR COMPANY;<br>HERITAGE FORD; and DOES 1<br>through 10, inclusive,<br><br>                    Defendants. | Case No. 2:23-cv-02034-WBS-CSK<br><br>District Judge: Hon. William B. Shubb<br>Magistrate Judge: Hon. Chi Soo Kim<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## <u>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL</u>

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses, and satisfied funding of such:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Dated:  April 30, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE